IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY <br><br> Defendants. | CV 18-00182-LEK-KJM <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 09, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant Plaintiffs' Motion For Entry Of Default Judgment Against Defendants Tau Masonry, LLC, a Hawaii Limited Liability Company, and Tausinga Hafoka, individually, and dba Tau Masonry", ECF NO. [22] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 29, 2018.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, ET AL. VS. TAU MASONRY, LLC, ET AL; CV 18-00182 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**