WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA   2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:   (808) 528-8881
e-mail:  aikeda@unioncounsel.net
            jchang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually,  and  dba  TAU MASONRY,<br><br>            Defendants.<br>_____ | CIVIL NO. 18-00182-LEK-KJM<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually,  and  dba  TAU MASONRY** |

130249\999628

## DEFAULT JUDGMENT AGAINST DEFENDANTS TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY

This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Default Judgment is entered in Plaintiffs' favor and against Defendants TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY ("Defendants"), pursuant to the "Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment Against Defendants Tau Masonry, LLC, a Hawaii Limited Liability Company, and Tausinga Hafoka, individually and dba Tau Masonry," filed on October 9, 2018 [Document No. 22], and pursuant to the "Order Adopting Magistrate Judge's Findings and Recommendations," filed on October 29, 2018 [Document No. 23].

IT IS ORDERED AND ADJUDGED that the above-named Plaintiffs recover from Defendants, jointly and severally, the sum of SEVENTEEN THOUSAND FOUR HUNDRED NINETEEN DOLLARS AND EIGHTY-EIGHT CENTS ($17,419.88), together with interest

accruing from June 30, 2018 until entry of this judgment herein at $1.94 per diem, plus legal interest from entry of this judgment until paid.

DATED: Honolulu, Hawaii, December 4, 2018.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_____
HAWAII LABORERS' TRUST FUNDS, ETC., et al., Plaintiffs, vs. TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, U.S.D.C.; D. HAW.; CIVIL NO. 18-00182-LEK-KJM; **DEFAULT JUDGMENT AGAINST DEFENDANTS TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY.**