WEINBERG, ROGER & ROSENFELD
ASHLEY K. IKEDA 2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net
         JChang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS et al., <br><br>           Plaintiffs, <br><br>     vs. <br><br> TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, <br><br>           Defendants, <br><br>     and <br><br> FIRST HAWAIIAN BANK, <br><br>           Garnishee. <br> _____ | CIVIL NO. 18-00182-LEK-KJM <br><br> EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF ASHLEY K. IKEDA; ORDER; GARNISHEE SUMMONS; EXHIBIT "A" |

EX PARTE MOTION FOR ISSUANCE OF
GARNISHEE SUMMONS AFTER JUDGMENT

Plaintiffs move this Honorable Court to issue Garnishee Summons to FIRST HAWAIIAN BANK (hereinafter "FHB" and/or "Garnishee"), summoning Garnishee to disclose (1) any and all goods and effects, and/or amounts held; (2) any amounts coming due at any time in the future; and (3) any amounts Garnishee was in receipt of for any salary, stipend, commissions, wages, annuity, or net income under a trust held by Garnishees, on account of Defendants TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, and ordering the Garnishee to hold and secure said goods and effects, and/or amounts as provided in the Garnishee Summons attached hereto.

This motion is brought pursuant to Rules 7(b) and 69, Federal Rules of Civil Procedure, Chapter 652 of the Hawaii Revised Statutes, the Declaration attached hereto and the records and files herein.

DATED:  Honolulu, Hawaii, <u>February 13,            </u>, 2019.

                        WEINBERG, ROGER & ROSENFELD

                        By <u>*/S/ ASHLEY K. IKEDA*        </u>
                           ASHLEY K. IKEDA
                           JERRY P.S. CHANG
                           Attorneys for Plaintiffs
                           TRUSTEES OF THE HAWAII
                           LABORERS' TRUST FUNDS