IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, <br><br> Defendants, <br><br> and <br><br> FIRST HAWAIIAN BANK, <br><br> Garnishee. | CIVIL NO. 18-00182-LEK-KJM <br><br> DECLARATION OF ASHLEY K. IKEDA |

DECLARATION OF ASHLEY K. IKEDA

ASHLEY K. IKEDA, declares as follows:

1. He is one of the attorneys for Plaintiffs herein and as such has knowledge of the facts hereinafter set forth.

2. On May 17, 2018 [Doc. No. 1], Plaintiffs filed a Complaint For Specific Performance, Assumpsit And Damages; Exhibit "A"; Summons ("Complaint") in the above-entitled Court which

commenced this action to recover judgment against the above-named Defendants TAU MASONRY, LLC, a Hawaii Limited Liability Company, and (2) TAUSINGA HAFOKA, individually, and dba TAU MASONRY ("Defendants"), for the recovery of damages consisting of unpaid contributions and liquidated damages owing to Plaintiffs TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS ("Plaintiffs") and costs, interest and attorneys' fees.

3. On December 4, 2018, this Court filed a "Default Judgment Against Defendants Tau Masonry, LLC, a Hawaii Limited Liability Company, and Tausinga Hafoka, individually, and dba Tau Masonry" [Doc. No. 24] in favor of Plaintiffs and against Defendants, in the amount of $17,419.88, together with interest accruing at $1.94 per diem from June 30, 2018 until entry of Judgment (December 4, 2018).

4. The Judgment has not been reversed, modified or set aside, and this matter has not been stayed or appealed, and there is still due and owing as of February 13, 2019, the minimum principal sum of $17,419.88, together with accrued pre-judgment interest and post-judgment interest, costs and attorneys' fees. Plaintiffs thus seek garnishment in the minimum amount of $17,419.88,

plus pre-judgment interest accrued at $1.94 per diem from June 30, 2018 through December 4, 2018 (157 days) for a total of $304.58, totaling $17,724.46, and legal post-judgment interest.

5. Plaintiffs are still the owners of said Judgment.

6. Plaintiffs hereby move this Court to issue Garnishee Summons to FIRST HAWAIIAN BANK (hereinafter referred to as "Garnishee FHB"), in this instant motion.

7. Declarant is informed and believes that Defendants are actively employed and doing business and have an active bank accounts in Hawaii and that Garnishee FHB is holding, is in receipt of, or will receive and be in possession of funds, salary, stipends, commission, or wages belonging and owing to either or both Defendants.

8. The funds sought to be garnished from FIRST HAWAIIAN BANK are the personal, business or commercial account(s) of Defendants.

9. Defendant TAU MASONRY, LLC, is a Hawaii Limited Liability Company thus the funds sought to be garnished are not traceable to AFDC grants or Social Security benefits.

10. Defendant TAUSINGA HAFOKA is gainfully employed so the funds sought to be garnished are not traceable to AFDC grants or Social Security benefits.

I declare under penalty and/or perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, February 13, 2019.

By  /S/ ASHLEY K. IKEDA
ASHLEY K. IKEDA