WEINBERG, ROGER & ROSENFELD
ASHLEY K. IKEDA 2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net
         JChang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS et al., | CIVIL NO. 18-00182-LEK-KJM |
| Plaintiffs, | ORDER |
| vs. | |
| TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, | |
| Defendants, | |
| and | |
| FIRST HAWAIIAN BANK, | |
| Garnishee. | |

## ORDER

The foregoing Ex Parte Motion is granted and it is HEREBY ORDERED that Garnishee Summons issue according to law.

DATED:  Honolulu, Hawaii, _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*HAWAII LABORERS' TRUST FUNDS, et al., Plaintiffs, vs. TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, Defendants, First Hawaiian Bank,* Garnishee; U.S.D.C.; D. Haw.; Civil No. 18-00182-LEK-KJM; ORDER.