WEINBERG, ROGER & ROSENFELD
ASHLEY K. IKEDA 2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net
         JChang@unioncounsel.net

Attorneys for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS et al., | CIVIL NO. 18-00182-LEK-KJM |
| Plaintiffs, | GARNISHEE SUMMONS |
| vs. | |
| TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, | |
| Defendants, | |
| and | |
| FIRST HAWAIIAN BANK, | |
| Garnishee. | |

# GARNISHEE SUMMONS

TO: ANY PERSON IN HAWAII AUTHORIZED TO MAKE SERVICE

You are commanded to leave a true and attested copy of this Summons and Order with the above-named Garnishees at the following address:

    TO:  FIRST HAWAIIAN BANK
           999 Bishop Street, 8th Floor
           Honolulu, Hawaii  96813

    Garnishee

You, as Garnishee, is hereby SUMMONED and required to appear personally before the Honorable KENNETH J. MANSFIELD, U.S. District Court Magistrate Judge, in his Courtroom in the Prince Kuhio Federal Building, Honolulu, Hawaii, at _____, ___.m. on _____, 2019, OR to file a written disclosure in the above-entitled Court, and serve a copy of it on the Plaintiffs or their attorney within twenty (20) days after service of this summons upon you, exclusive of the date of service.

Your disclosure must be made under Oath. It must state whether you have or at the time of service:

  a. had any of the goods or effects of the Defendants above-named in your hands, and if so, their nature, amount and value; or

  b. were or are indebted to the Defendants, and if so, the nature and amount of the debt; or

  c. Defendants were in receipt from you of any salary, wages, commissions, stipend, annuity, net income or a portion of net income under a trust, and if so, the amount or rate thereof.

You as Garnishees are HEREBY ORDERED, to hold and secure from the time of service of this Summons, and until further order by the Court, an amount of money which shall not exceed 120% of the amount of judgment, $17,724.46, as to Defendants TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, plus pre-judgment interest and post-judgment attorney's fees, interest and costs, as provided by H.R.S. Chapters 652 and 653, as amended.

<u>See</u> FEDERAL WAGE GARNISHMENT LAW, attached hereto as Exhibit "A", FOR APPLICABLE RESTRICTIONS.

(Singular includes plural and masculine includes feminine and neuter.)

    DATED:  Honolulu, Hawaii, _____.

_____
CLERK OF THE ABOVE-ENTITLED COURT


_____
DEPUTY CLERK OF THE ABOVE ENTITLED COURT