ORIGINAL

FIRST HAWAIIAN BANK
Records Management Department
Attn: Garnishee/Tax Levy
2339 Kamehameha Highway
Honolulu, Hawaii 96819
Tel. No. 844-3089

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 27 2019
at 11 o'clock and 05 min. A M
SUE BEITIA, CLERK

Garnishee
FIRST HAWAIIAN BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., | CIVIL NO. 18-00182-LEK-KJM |
| Plaintiffs, | DISCLOSURE OF FIRST HAWAIIAN BANK; CERTIFICATE OF SERVICE |
| vs. | |
| TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, | |
| Defendants, | |
| and | |
| FIRST HAWAIIAN BANK, | |
| Garnishee. | |

DISCLOSURE OF FIRST HAWAIIAN BANK

FIRST HAWAIIAN BANK ("Garnishee") discloses that at the time of service of the Garnishee Summons herein, Defendants TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, named in said Summons were not in receipt from Garnishee of any wages, Garnishee did not have any goods or effects in its hands or moneys of said Defendants in its possession for safekeeping, nor was

Garnishee indebted to said Defendants except as shown by checking account no. xx-xxxx50 under the name of TAU MASONRY LLC, in the sum of $1,976.97 of which $95.00 is being off-set by the Garnishee and $1,881.97 is being held for present garnishment.

Garnishee further discloses the basis for the off-set amount as follows:

| Amount | Description |
| --- | --- |
| $95.00 | Service Charge for Garnishment |

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

The undersigned declares under the penalty of perjury that the foregoing statements are based on a review of the Garnishee's records as they are maintained in the ordinary course of business and are true and correct to the best of her knowledge.

Dated: Honolulu, Hawaii, _____February 26, 2019_____.

FIRST HAWAIIAN BANK

By _____
SYLVIA M. H. MIYAKAWA
Operations Supervisor

Subscribed and sworn to before
me this _____February 26, 2019_____.

_____
Rick A. Sloan
Notary Public, State of Hawaii
My commission expires: May 15, 2019



| | |
|---|---|
| Doc. Date: ____February 26, 2019____ | # Pages: 3 |
| Notary Name: RICK A. SLOAN | First Circuit |
| Doc. Description: CIVIL NO. 18-00182-LEK-KJM | |
| DISCLOSURE OF FIRST HAWAIIAN BANK; CERTIFICATE OF SERVICE | |
| _____ Notary Signature | February 26, 2019  Date   (STAMP OR SEAL) |

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2019 a copy of the foregoing Garnishee Disclosure was duly served by hand delivery or by depositing the same in the United States mail, postage prepaid to the following person at the address shown:

Ashley K. Ikeda, Esq.
Weinberg, Roger & Rosenfeld
Central Pacific Plaza
220 S. King Street, Suite 901
Honolulu, Hawaii  96813

Attorney for Plaintiff

Dated:  Honolulu, Hawaii, February 26, 2019.

_____
SYLVIA M.H. MIYAKAWA
of FIRST HAWAIIAN BANK

Garnishee