# First Hawaiian Bank

February 26, 2019

United States District Court
Clerk's Office, Room C-338
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 27 2019
11:00 am
DISTRICT OF HAWAII
LS

Re: TRUSTEES OF THE HAWAII LABORERS' TRUST
FUNDS et al. vs. TAU MASONRY, LLC, et al.
CIVIL NO.: 18-00182-LEK-KJM
FHB Case No.: 2019-0406

Ladies and Gentlemen:

Please file the enclosed Disclosure of First Hawaiian Bank and return the file-marked copy to me in the enclosed envelope.

Thank you for your assistance; if you have any questions, please call (808) 844-3089.

Sincerely,

Sylvia M.H. Miyakawa
Operations Supervisor

Enclosures