**ORIGINAL**   cc:∅

FIRST HAWAIIAN BANK
Records Management Department
Attn: Garnishee/Tax Levy
2339 Kamehameha Highway
Honolulu, Hawaii 96819
Tel. No. 844-3089

Garnishee
FIRST HAWAIIAN BANK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 18 2019

at 5 o'clock and 00 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, <br><br> Defendants, <br><br> and <br><br> FIRST HAWAIIAN BANK, <br><br> Garnishee. | CIVIL NO. 18-00182-LEK-KJM <br><br> DISCLOSURE OF FIRST HAWAIIAN BANK; CERTIFICATE OF SERVICE |

DISCLOSURE OF FIRST HAWAIIAN BANK

FIRST HAWAIIAN BANK ("Garnishee") discloses that at the time of service of the Garnishee Summons herein, Defendants TAU MASONRY, LLC, a Hawaii Limited Liability Company, and TAUSINGA HAFOKA, individually, and dba TAU MASONRY, named in said Summons were not in receipt from Garnishee of any wages, Garnishee did not have any goods or

Received By Mail
Date 3/18/19

FSC
Mailed On
Date 3/19/19

effects in its hands or moneys of said Defendants in its possession for safekeeping, nor was Garnishee indebted to said Defendants.

The undersigned declares under the penalty of perjury that the foregoing statements are based on a review of the Garnishee's records as they are maintained in the ordinary course of business and are true and correct to the best of his knowledge.

Dated:  Honolulu, Hawaii, _____ March 15, 2019 _____.

FIRST HAWAIIAN BANK

By _____
RICK A. SLOAN
Manager & Officer

Subscribed and sworn to before
me this _____ March 15, 2019 _____.

_____
Warren K. Y. Chun
Notary Public, State of Hawaii
My commission expires:  April 7, 2021

---

Doc. Date: _____ March 15, 2019 _____          # Pages: 2
Notary Name: WARREN K. Y. CHUN                  First Circuit
Doc. Description: CIVIL NO. 18-00182-LEK-KJM
DISCLOSURE OF FIRST HAWAIIAN BANK; CERTIFICATE OF SERVICE

_____                       March 15, 2019
Notary Signature                                 Date

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019 a copy of the foregoing Garnishee Disclosure was duly served by hand delivery or by depositing the same in the United States mail, postage prepaid to the following person at the address shown:

Ashley K. Ikeda, Esq.
Weinberg, Roger & Rosenfeld
Central Pacific Plaza
220 S. King Street, Suite 901
Honolulu, Hawaii  96813

Attorney for Plaintiff

Dated:  Honolulu, Hawaii, March 15, 2019.

_____
RICK A. SLOAN
of FIRST HAWAIIAN BANK

Garnishee